DALE BISH, State Bar No. 235390
ALLIE R. FELLOWS, State Bar No. 346701
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email:   dbish@wsgr.com
         afellows@wsgr.com

ELI B. RICHLIN, NY State Bar No. 4861357 (*pro hac vice forthcoming*)
PAUL C. GROSS, NY State Bar No. 5615687 (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Email:   erichlin@wsgr.com
         pgross@wsgr.com

Attorneys for Defendant
DoNotPay, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO.: 3:23-cv-01692<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: April 7, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Dale Bish*
       Dale Bish

Attorneys for Defendant
DoNotPay, Inc.