UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:23-cv-01692-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DONOTPAY, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: June 8, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11<br>Judge: Hon. James Donato |

# **[PROPOSED] ORDER**

This Court, after considering Defendant DoNotPay, Inc.'s ("DoNotPay") Motion to Compel Arbitration and corresponding papers and arguments of counsel, and all other related filings of the parties, hereby grants Defendant's Motion to Compel Arbitration. Pursuant to the Federal Arbitration Act, Plaintiff Jonathan Faridian is compelled to pursue this matter, if at all, in final and binding arbitration, consistent with his arbitration agreement with DoNotPay.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                                Hon. James Donato
                                                                United States District Court Judge

[PROPOSED] ORDER GRANTING DONOTPAY'S    -1-
MOTION TO COMPEL ARBITRATION
CASE NO. 3:23-CV-01692-JD