Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant.* | Case No.: 3:23-cv-01692-JD<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED AS TO DEFENDANT DONOTPAY, INC.**<br><br>**[CIVIL L.R. 7-11, 79-5(f)]**<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

1   Pursuant to Civil Local Rule 7-11 and Civil Local Rule 79-5(f), Plaintiff Jonathan Faridian hereby respectfully submits this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed as to Defendant DoNotPay, Inc. ("DoNotPay"). Plaintiff has filed his Reply in Support of his Motion for Leave to Conduct Jurisdictional Discovery (the "Reply") partially under seal because it references or quotes certain documents Defendant designated provisionally confidential subject to the ultimate entry of a protective order entered in the case. Plaintiff cites or references the designated documents in his Reply in the following ways: (1) Page 4, Line Nos. 3-19 of the Reply includes information produced by Defendant which Defendant asked Plaintiff to treat as confidential; (2) Page 5, Line Nos. 10-11 of the Reply includes information produced by Defendant which Defendant asked Plaintiff to treat as confidential; (3) Page 6, Line Nos. 16-17 of the Reply includes information produced by Defendant which Defendant asked Plaintiff to treat as confidential;  and, (3) Exhibit 2 to the Declaration of Emily Penkowski includes information produced by Defendant which Defendant asked Plaintiff to treat as confidential, and discussion of the same.

Consistent with Civil Local Rule 79-5(f)(3), within seven days of the filing of Plaintiff's motion, Defendant DoNotPay (the designating party) must file with the Court and serve a statement and/or declaration supporting the request to seal the protected material, and pursuant to the Standing Order for Civil Cases Before District Judge James Donato, must include a new proposed order in the tabular format required by Civil Local Rule 79-5(d)(1)(B) that includes Defendant's reasons for sealing the material. Pursuant to Civil Local Rule 79-5(f)(5), Plaintiff must file his response to Defendant's statements and/or declarations within four (4) days of Defendant's filing.

## CONCLUSION

For the foregoing reasons, Plaintiff requests leave to file under seal certain portions of his Reply pending the Court's review of Defendant's forthcoming justifications.

Dated: May 8, 2023                           By: /s/ J. Eli Wade-Scott
                                                  One of Plaintiff's Attorneys

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378