Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-JD<br><br>**DECLARATION OF EMILY E. PENKOWSKI IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Date: June 22, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

DECLARATION OF EMILY E. PENKOWSKI                                                        CASE NO. 3:23-cv-01692-JD

I, Emily E. Penkowski, declare as follows:

1. I am an Associate at the law firm of Edelson PC and am counsel for Plaintiff in the above-titled action. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of emails between counsel on April 10, 2023 through April 17, 2023 (irrelevant emails omitted).

3. Attached hereto as **Exhibit 2** is a true and accurate copy of emails between counsel on April 24, 2023 through May 8, 2023.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of DoNotPay's Terms of Service and Privacy Policy, as captured by the Internet Archive's Wayback Machine on January 9, 2023.

5. Attached hereto as **Exhibit 4** is a Declaration filed in the matter of *Tewson v. DoNotPay, Inc.*, Case No. 151427/2023 (N.Y. Sup. Ct. Feb. 13, 2023), at dkt. 27.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of May, 2023, in Oak Park, Illinois.

*/s/ Emily E. Penkowski*