1  Rafey Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
   Tel: 415.212.9300
4  Fax: 415.373.9435

5
   Jay Edelson (*pro hac vice*)
6  jedelson@edelson.com
   J. Eli Wade-Scott (*pro hac vice*)
7  ewadescott@edelson.com
   Emily Penkowski (*pro hac vice*)
8  epenkowski@edelson.com
   EDELSON PC
9  350 North LaSalle Street, 14th Floor
   Chicago, Illinois 60654
10 Tel: 312.589.6370
   Fax: 312.589.6378
11
   *Attorneys for Plaintiff and the Proposed Class*
12

13

Dale Bish, State Bar No. 235390
dbish@wsgr.com
Allie M. Fellows, State Bar No. 346701
afellows@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

Eli. B. Richlin, NY State Bar No. 4861357
(admitted *pro hac vice*)
erichlin@wsgr.com
Paul C. Gross, NY State Bar No. 5615687
(admitted *pro hac vice*)
pgross@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

*Attorneys for Defendant DoNotPay, Inc.*

14

15

16

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

17

18 | JONATHAN FARIDIAN, individually and on | Case No.: 3:23-cv-01692-JD
19 | behalf of all others similarly situated, |

20 | *Plaintiff,* | **STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

21 | *v.*

22 | DONOTPAY, INC., a Delaware corporation, | Judge: Hon. James Donato
   | | Courtroom: 11, 19th Floor
23
   | *Defendant.* | Date Action Filed: March 3, 2023
24 | | Date of Removal: April 7, 2023

25

26

27

28

1    Pursuant to Local Rules 6-2(a) and 7-12, the Parties stipulate and agree as follows:

2    1.    On April 28, 2023, Defendant DoNotPay, Inc., filed a Motion to Compel Arbitration.

3    Plaintiff Jonathan Faridian's Opposition to that Motion is due on May 12, 2023, pursuant to Local

4    Rule 7-3(a).

5    2.    Plaintiff intends to contest that there is an enforceable arbitration agreement, and the

6    Parties have been involved in active negotiations for discovery on that question—both whether

7    discovery will be agreed and the scope of that discovery. The Parties anticipate that they will either

8    agree by tomorrow (May 11, 2023) or that Plaintiff will file an opposed motion for discovery by

9    May 16, 2023.

10    3.    The current briefing schedule on DoNotPay's Motion to Compel Arbitration would

11    not allow for discovery before the deadline to file Plaintiff's Opposition on May 12, 2023. As such,

12    the Parties agree that the deadlines should be extended.

13    4.    The Parties accordingly stipulate to an enlarged briefing schedule and to continue the

14    hearing on DoNotPay's Motion, which DoNotPay initially noticed for June 8, 2023, at 10:00 AM.

15    The proposed schedule will be simplified by the Parties' agreement, or not, on discovery. The Parties

16    accordingly propose either that the Court enter a more complex, conditional schedule (set forth

17    below) or suspend briefing until further stipulation of the Parties on Friday, May 12, 2023.

18    5.    Because the Parties have not yet reached agreement, the alternative below schedule

19    sets forth governing dates in the event that either the Parties agree or Plaintiff files an opposed

20    motion:

21    a.   The Parties will reach agreement on the format of arbitration discovery by May 11,

22    2023, or

23    b.   If the Parties do not reach agreement, Plaintiff will file a Motion to Compel

24    Arbitration Discovery by May 16, 2023.

25

26    //

27

28

STIP. TO EXTEND BR. SCHED. ON MTN. TO COMPEL ARB.    -1-    CASE NO. 3:23-CV-01692-JD

c. Should the Parties agree to discovery, (1) any written discovery responses and documents will be produced no later than ten days before the date of the deposition of Mr. Kim, (2) the deposition will occur by June 5, 2023, and (3) Plaintiff's Opposition to DoNotPay's Motion to Compel Arbitration will be due two weeks after the deposition of Mr. Kim.

d. Should the Parties not reach agreement, Plaintiff's Opposition to DoNotPay's Motion to Compel Arbitration shall be due two weeks after the completion of any discovery ordered by the Court.

e. Defendant's Reply in Support of its Motion to Compel Arbitration, in either event, shall be due one week after the filing of Plaintiff's Opposition.

f. Once the discovery is complete, Defendant will re-notice the Hearing on its Motion to Compel Arbitration for the soonest date available following the completion of this briefing schedule.

6. The Parties respectfully request that the Court extend the briefing schedule for the reasons set forth above.

## CONCLUSION

The Parties respectfully request that the Court approve this Stipulation and either (1) suspend briefing on Defendant's Motion to Compel Arbitration pending further report of the Parties by Friday, May 12, 2023, or (2) enter an order extending the briefing schedule as proposed above.

Respectfully submitted,

**JONATHAN FARIDIAN**, individually and on behalf of all others similarly situated,

Dated: May 10, 2023

By: /s/ J. Eli Wade-Scott
    One of Plaintiff's Attorneys

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111

1   Tel: 415.212.9300
Fax: 415.373.9435

2

3   Jay Edelson (*pro hac vice*)
jedelson@edelson.com

4   J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com

5   Emily Penkowski (*pro hac vice*)
epenkowski@edelson.com

6   EDELSON PC
350 North LaSalle Street, 14th Floor

7   Chicago, Illinois 60654
Tel: 312.589.6370

8   Fax: 312.589.6378

9

10   *Attorneys for Plaintiff and the Proposed Class*

11   /s/ Paul C. Gross

12   Dale Bish, State Bar No. 235390
dbish@wsgr.com

13   Allie M. Fellows, State Bar No. 346701
afellows@wsgr.com

14   WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

15   650 Page Mill Road

16   Palo Alto, California 94304
Telephone: (650) 493-9300

17

18   Eli B. Richlin, NY State Bar No. 4861357
(admitted *pro hac vice*)

19   erichlin@wsgr.com
Paul C. Gross, NY State Bar No. 5615687

20   (admitted *pro hac vice*)
pgross@wsgr.com

21   WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

22   1301 Avenue of the Americas, 40th Floor

23   New York, New York 10019
Telephone: (212) 999-5800

24

25   *Attorneys for Defendant DoNotPay, Inc.*

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2

    I, J. Eli Wade-Scott, attest that concurrence in the filing of this document has been obtained

3

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4

Executed this 10th day of May, 2023, at Chicago, Illinois.

5

6

                          /s/ J. Eli Wade-Scott

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court suspends briefing on Defendant's Motion to Compel Arbitration pending further stipulation of the Parties by May 12, 2023.

[OR]

Pursuant to stipulation of the Parties, the Court modifies the briefing schedule as follows:

| Event | Deadline |
|---|---|
| Reach Agreement on Discovery | May 11, 2023 |
| Deadline for Plaintiff to File Motion to Compel Arbitration Discovery | May 16, 2023 |
| [IF AGREED] Completion of Document Production | Ten days prior to the deposition of Mr. Kim |
| [IF AGREED] Deposition of Mr. Kim | To be agreed upon by the Parties, no later than June 5, 2023 |
| Deadline for Plaintiff's Opposition to Motion to Compel Arbitration | Two weeks after the deposition of Mr. Kim, if agreed, or two weeks after completion of any discovery ordered by the Court. |
| Deadline for Defendant's Reply in Support of Motion to Compel Arbitration | One week after filing of the Opposition. |
| Hearing on Defendant's Motion to Compel Arbitration | To be re-noticed once arbitration discovery is complete. |

The Parties must comply with both the Court's Civil Standing Order and Standing Order for Civil Trials for additional deadlines and procedures. All Standing Orders are available on the Court's website at https://cand.uscourts.gov/judges/donato-james-jd. The remaining deadlines will be set at the July 20, 2023 case management conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
Hon. James Donato
United States District Court Judge