| | |
|---|---|
| Rafey Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>Jay Edelson (*pro hac vice*)<br>jedelson@edelson.com<br>J. Eli Wade-Scott (*pro hac vice*)<br>ewadescott@edelson.com<br>Emily Penkowski (*pro hac vice*)<br>epenkowski@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>*Attorneys for Plaintiff and the Proposed Class* | Dale Bish, State Bar No. 235390<br>Allie M. Fellows, State Bar No. 346701<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Email: dbish@wsgr.com<br>afellows@wsgr.com<br><br>Eli B. Richlin, NY State Bar No. 4861357<br>(admitted *pro hac vice*)<br>Paul C. Gross, NY State Bar No. 5615687<br>(admitted *pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 999-5800<br>Email: erichlin@wsgr.com<br>pgross@wsgr.com<br><br>*Attorneys for Defendant DoNotPay, Inc.* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-JD<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

Pursuant to Local Rules 6-2(a) and 7-12, the Parties stipulate and agree as follows:

1. On April 28, 2023, Defendant DoNotPay, Inc., filed a Motion to Compel Arbitration. Dkt. 30. Plaintiff Jonathan Faridian's Opposition to that Motion is due today, May 12, 2023, pursuant to Local Rule 7-3(a). The Parties previously filed a stipulation requesting an extension of time on May 10, 2023, while negotiations concerning arbitration-related discovery were still ongoing. Dkt. 35. Those discussions are complete, and the Parties submit this updated stipulation to reflect the Parties' agreement and present a simplified schedule for discovery and briefing on the Motion. The Parties apologize for submitting an updated stipulation on the due date for a brief, and will ensure that any future stipulations are submitted farther in advance. The Parties appreciate the Court's consideration of the Parties' agreement, which resolves the potential dispute concerning arbitration-related discovery and any motion practice on that point.

2. The Parties' prior stipulation reflected the fact that the Parties had not finalized negotiations on arbitration-related discovery. Dkt. 35. The Court has not yet entered an order per the prior stipulation. The Parties have now agreed, and accordingly stipulate to, a briefing schedule and to continue the hearing on DoNotPay's Motion, which DoNotPay initially noticed for June 8, 2023, at 10:00 AM. The proposed schedule is laid out in detail below.

   a. Plaintiff will propound agreed discovery requests on May 15, 2023.
   b. DoNotPay will produce documents or written responses by the earlier of May 26, 2023 or ten days before the deposition of Andrew Kim.
   c. The deposition of Andrew Kim will take place by or on June 5, 2023.
   d. Plaintiff's Opposition to Defendant's Motion to Compel Arbitration shall be due June 19, 2023.
   e. Defendant's Reply in Support of its Motion to Compel Arbitration shall be due June 26, 2023.
   f. Defendant will re-notice the Hearing on its Motion to Compel Arbitration for July 13, 2023.

3. The Parties respectfully request that the Court extend the briefing schedule for the reasons set forth above.

## CONCLUSION

The Parties respectfully request that the Court approve this Stipulation and enter an order extending the briefing schedule as proposed above.

Respectfully submitted,

**JONATHAN FARIDIAN**, individually and on behalf of all others similarly situated,

Dated: May 12, 2023

By: /s/ J. Eli Wade-Scott
    One of Plaintiff's Attorneys

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

/s/ Paul C. Gross
Dale Bish, State Bar No. 235390
Allie M. Fellows, State Bar No. 346701
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Email: dbish@wsgr.com
afellows@wsgr.com

|   |   |
|---|---|
| 1 | Eli B. Richlin, NY State Bar No. 4861357 |
| 2 | (admitted *pro hac vice*) |
|   | Paul C. Gross, NY State Bar No. 5615687 (admitted |
| 3 | *pro hac vice*) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 4 | PROFESSIONAL CORPORATION |
|   | 1301 Avenue of the Americas, 40th Floor |
| 5 | New York, New York 10019 |
|   | Telephone: (212) 999-5800 |
| 6 | Email: erichlin@wsgr.com |
|   | pgross@wsgr.com |

*Attorneys for Defendant DoNotPay, Inc.*

STIP. TO EXTEND BR. SCHED. ON MTN. TO COMPEL ARB.   -3-   CASE NO. 3:23-CV-01692-JD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, J. Eli Wade-Scott, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of May, 2023, at Chicago, Illinois.

/s/ J. Eli Wade-Scott

## [PROPOSED] ORDER

Pursuant to stipulation of the Parties, the Court modifies the briefing schedule as follows:

| Event | Deadline |
|---|---|
| Plaintiff Issues Discovery Requests | May 15, 2023 |
| Completion of Document Production or Written Responses | May 26, 2023, or ten days prior to the deposition of Andrew Kim |
| Completion of Andrew Kim Deposition | June 5, 2023 |
| Plaintiff's Opposition to Motion to Compel Arbitration | June 19, 2023 |
| Defendant's Reply in Support of Motion to Compel Arbitration | June 26, 2023. |
| Hearing on Defendant's Motion to Compel Arbitration | July 6, 2023 |

The Parties must comply with both the Court's Civil Standing Order and Standing Order for Civil Trials for additional deadlines and procedures. All Standing Orders are available on the Court's website at https://cand.uscourts.gov/judges/donato-james-jd. The remaining deadlines will be set at the July 20, 2023 case management conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
Hon. James Donato
United States District Court Judge