Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-JD<br><br>**DECLARATION OF J. ELI WADE-SCOTT IN SUPPORT OF STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

Pursuant to 18 U.S.C. § 1746, I, J. Eli Wade-Scott, declare as follows:

1. I am a partner at Edelson PC and I represent Plaintiff Jonathan Faridian in the above-captioned action. I am over the age of eighteen and am fully competent to make this Declaration. This Declaration is based upon my personal knowledge.

2. The requested Stipulation to Extend the Briefing Schedule on Defendant's Motion to Compel Arbitration (the "Motion") will postpone the Response, Reply, and hearing deadlines regarding the Motion previously set according to Local Civil Rules 7-2 and 7-3 (*see generally*, ECF No. 30), but will not impact any other case deadlines already set by the Court.

3. The Parties have jointly requested this extension of time on the briefing schedule to allow for discovery into an arbitration agreement set out in Defendant's Motion to Compel Arbitration, ECF No. 30. The Parties have now agreed to both discovery requests and a deposition. Therefore, the Parties believe there is good cause for the requested extension.

4. There have been three previous time modifications in this case as a result of requests of the Parties and/or *sua sponte* orders of the Court: on April 10, 2021, the Parties stipulated to extend the time for DoNotPay to answer the complaint (ECF No. 13); on April 25, 2023, the Court reset the Initial Case Management Conference from July 19, 2023 to July 20, 2023 following reassignment of the case to Judge Donato (ECF No. 29); and on May 8, 2023, Plaintiff renoticed the hearing on his Motion for Leave to Conduct Jurisdictional Discovery from May 25, 2023 to June 22, 2023 also due to the reassignment of the case (ECF No. 32). The Parties also submitted a Stipulation to Extend the Briefing Schedule on Defendant's Motion to Compel on May 10, 2023 (ECF No. 35), but no order has yet issued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of May, 2023, in Chicago, Illinois.

By: /s/ J. Eli Wade-Scott