Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated, *Plaintiff*, v. DONOTPAY, INC., a Delaware corporation, *Defendant*. | Case No.: 3:23-cv-01692-JD **NOTICE OF NAME CHANGE** Judge: Hon. James Donato Courtroom: 11, 19th Floor Date Action Filed: March 3, 2023 Date of Removal: April 7, 2023 |

PLEASE TAKE NOTICE that, effective immediately, Emily Penkowski of Edelson PC, counsel for Plaintiff Jonathan Faridian in the above-captioned matter, has changed her name to Emily Penkowski Perez.

Ms. Penkowski Perez's telephone number, fax number, physical address, and email remain unchanged.

Respectfully submitted,

**EDELSON PC**,

Dated: June 8, 2023

By: /s/ Emily Penkowski Perez
One of Plaintiff's Attorneys

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*