Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-JD<br><br>**DECLARATION OF J. ELI WADE-SCOTT IN SUPPORT OF STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

1    Pursuant to 18 U.S.C. § 1746, I, J. Eli Wade-Scott, declare as follows:

2    1.    I am a partner at Edelson PC and I represent Plaintiff Jonathan Faridian in the
3 above-captioned action. I am over the age of eighteen and am fully competent to make this
4 Declaration. This Declaration is based upon my personal knowledge.

5    2.    The requested Stipulation to Extend the Briefing Schedule on Defendant's Motion
6 to Compel Arbitration (the "Motion") will postpone the Response and Reply regarding the
7 Motion previously set by this Court (*see generally*, ECF No. 37), but will not impact any other
8 case deadlines already set by the Court, including the Hearing on this Motion.

9    3.    Plaintiff has requested, and Defendant has agreed, with this four-day extension of
10 time on the briefing schedule to review and incorporate the discovery conducted and to
11 accommodate the unexpected press of matters during the 14-day period that followed the
12 deposition. Therefore, Plaintiff believes there is good cause for the requested extension.

13    4.    There have been four previous time modifications in this case as a result of
14 requests of the Parties and/or *sua sponte* orders of the Court: on April 10, 2021, the Parties
15 stipulated to extend the time for DoNotPay to answer the complaint (ECF No. 13); on April 25,
16 2023, the Court reset the Initial Case Management Conference from July 19, 2023 to July 20,
17 2023 following reassignment of the case to Judge Donato (ECF No. 29); on May 8, 2023,
18 Plaintiff renoticed the hearing on his Motion for Leave to Conduct Jurisdictional Discovery from
19 May 25, 2023 to June 22, 2023 also due to the reassignment of the case (ECF No. 32); and on
20 May 12, 2023, the Parties stipulated to extend the briefing schedule on Defendant's Motion to
21 Compel to accommodate discovery in connection with the motion (ECF No. 36), which the
22 Court ordered on the same day (ECF No. 37).

23    I declare under penalty of perjury under the laws of the United States of America that the
24 foregoing is true and correct.

25    Executed on this 15th day of June, 2023, in Chicago, Illinois.

27                    By: /s/ J. Eli Wade-Scott

DECLARATION OF J. ELI WADE-SCOTT    -1-    CASE NO. 3:23-CV-01692-JD