# APPENDIX A
## Comparison of Sign Up Screens from Defendant's Motion with Interrogatory Responses

*Sign Up Screen I*



Dkt. 30-1 ¶ 8



Def.'s Resp. to Pl.'s Interrog. Ex. A

1  *Sign Up Screen II*



2
3
4
5
6
7
8
9
10
11
12                           Dkt. 30-1 ¶ 9



13
14
15
16
17
18
19
20
21
22
23
24
25                    Def.'s Resp. to Pl.'s Interrog. Ex. A

26
27
28

**APPENDIX B**
**Analogous Sign-Up Screens that give Users Insufficient Notice of Terms**

*Berman v. Freedom Fin. Network, LLC*, 30 F.4th 849, 859 (9th Cir. 2022)



*Sellers v. JustAnswer LLC*, 73 Cal. App. 5th 444, 454 (2021)



*Sellers v. JustAnswer LLC*, 73 Cal. App. 5th 444, 455 (2021)

*Applebaum v. Lyft, Inc.*, 263 F. Supp. 3d 454, 458 (S.D.N.Y. 2017)





*Colgate v. JUUL Labs, Inc.*, 402 F. Supp. 3d 728, 764-65 (N.D. Cal. 2019)

1   *Cullinane v. Uber Techs., Inc.*, 893 F.3d 53, 57–58 (1st Cir. 2018)



