Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant.* | Case No.: 3:23-cv-01692-JD<br><br>**DECLARATION OF EMILY PENKOWSKI PEREZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: July 27, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

I, Emily Penkowski Perez, declare as follows:

1. I am an Associate at the law firm of Edelson PC and am counsel for Plaintiff in the above-titled action. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. Attached hereto as **Exhibit 1-A** is a true and accurate copy of DoNotPay's May 26, 2023 Response to Plaintiff's Interrogatories.

3. Attached hereto as **Exhibit 1-B** is a true and accurate copy of the transcript of Plaintiff's Deposition of Andrew Kim, taken on June 5, 2023.

4. Attached hereto as **Exhibit 1-C** is the Declaration of Joshua Browder, filed on March 17, 2023 in *Tewson v. DoNotPay, Inc*., Case No. 151427/2023 (N.Y. Sup Ct. Feb 13, 2023).

5. Attached hereto as **Exhibit 1-D** is DoNotPay's Terms of Service last updated on July 6, 2021, retrieved using the Internet Archive's Wayback Machine. Per the Wayback Machine, this archive shows DoNotPay's Terms of Service as they existed on January 9, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of June, 2023, in Oak Park, Illinois

*/s/ Emily Penkowski Perez*