# EXHIBIT 1-C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of KATHRYN TEWSON, <br><br> Petitioner, <br><br> For an Order to Preserve Evidence and for Pre-Action Disclosure Pursuant to CPLR § 3102(c), and for a Temporary Restraining Order Pursuant to CPLR § 6313(a). <br><br> -against- <br><br> DONOTPAY, INC. and JOSHUA BROWDER, <br><br> Respondents. | Index No.: 151427/2023 <br><br> Part 52, Moyne, J. <br><br> Motion Sequence No.: 001 |

**AFFIDAVIT OF RESPONDENT JOSHUA BROWDER IN OPPOSITION
TO PETITION FOR PRE-ACTION DISCOVERY**

I, Joshua Browder, being duly sworn, depose and say:

1. I am over 18 years of age. I submit this Affidavit in Opposition to the Petitioner Kathryn Tewson's Petition for Pre-Action Discovery and for certain other relief (the "Petition"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. I am the founder and Chief Executive Officer of DoNotPay, Inc. ("DNP").

3. DNP is a Delaware corporation with its principal place of business located in Colorado. Previously, DNP was based in San Francisco, California. However, in late 2021, DNP closed its San Francisco office and moved all operations to Colorado. DNP is not (and has never been) based in New York State. DNP maintains no offices, property, or employees in New York.

4. I, personally, am a resident of both Colorado and London, England. In the course of my work for DNP, and for other reasons, I visit New York from time to time. For example, I estimate that in calendar year 2022, I spent approximately 35 days in New York State. When I make such visits, I always stay in temporary housing.

**DNP's Business**

5. DNP is a technology company that aims to help individuals accomplish simple legal tasks at low cost. In particular, DNP leverages artificial intelligence ("AI") and other technology to help its customers prepare legal documents. This allows DNP to offer personalized service to customers quickly and cheaply. Examples of the tasks that DNP aids its customers in accomplishing are contesting parking tickets, appealing ATM fees and other bank fees, and demanding refunds from businesses where owed.

6. In 2020, DNP was honored with the American Bar Association's Louis M. Brown Award, recognizing DNP's "commitment to increasing legal services to those of modest means."

7. For some time, DNP has advertised with the slogan "World's First Robot Lawyer." This slogan is intended to be provocative, to grab the attention of potential customers, and to give potential customers a general sense of how DNP's services might benefit them (*i.e.*, by using AI and other technology to automate legal and quasi-legal tasks, just as one might imagine that a "robot lawyer" would). The slogan is not intended to suggest that there exists an *actual* "robot" able to perform all the functions of a licensed attorney, and the vast majority of customers interpret the slogan in the manner intended.

8. Lest there be any doubt, however, DNP's Terms of Service, accessible at all times to anyone on DNP's website, states as follows: "**DoNotPay is Not a Law Firm**[.] DoNotPay provides a platform for legal information and self-help. The information provided by DoNotPay along with the content on our website related to legal matters ("Legal Information") is provided for your private use and does not constitute advice. We do not review any information you provide us for legal accuracy or sufficiency, draw legal conclusions, provide opinions about your selection of forms, or apply the law to the facts of your situation. If you need advice for a specific problem, you should consult with a licensed attorney. As DoNotPay is not a law firm, please note that any communications between you

and DoNotPay may not be protected under the attorney-client privilege doctrine." (bold in original).

**Communications with Petitioner**

9. At some point in early February 2023, the Petitioner in this action contacted me via Twitter's direct message function in order to discuss certain complaints she had about her experiences using DNP.

10. I initially sought to engage with Petitioner in good faith in hopes of resolving her concerns, and DNP even voluntarily refunded the $36 Petitioner had paid to purchase a subscription. However, it soon became clear to me that Petitioner's goal in contacting me was not to resolve any actual customer service issue, but rather to "dig" for information about DNP that she could use to generate controversy and/or disparage DNP on her Twitter page. Accordingly, I decided to "block" Petitioner from contacting me further on Twitter.

_____
Joshua Browder

Sworn to before me

This 16 day of March, 2023.

_____
Notary Public

DALILA SIMONE SANCHEZ JAMES
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20224038545
MY COMMISSION EXPIRES OCT 4, 2026

-3-

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

The preceding Affidavit of Respondent Joshua Browder in Opposition to Petition for Pre-Action Discovery complies with the 7,000-word limit set by Commercial Division Rule 17 because, excluding the caption and signature block, this affidavit contains 671 words as measured by the word-processing system used to prepare the memorandum, Microsoft Word.

Dated: March 17, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Eli B. Richlin*
Eli B. Richlin
Paul C. Gross
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
erichlin@wsgr.com
pgross@wsgr.com

*Counsel for Respondents DoNotPay, Inc.
and Joshua Browder*