# EXHIBIT 1-D

The Wayback Machine - https://web.archive.org/web/20230109150028/https://donotpay.com/learn/ter...

## DoNotPay 

# Terms of Service and Privacy Policy

 *Terms of Service and Privacy Policy*

### Terms of Service and Privacy Policy

LAST UPDATED: July 6, 2021

PLEASE READ THIS AGREEMENT CAREFULLY. IT SETS FORTH THE LEGALLY BINDING TERMS AND CONDITIONS FOR YOUR USE OF THE SERVICE.

## Introduction and Overview

Welcome! Thanks for using the DoNotPay website ("Service"). The Service is provided by DoNotPay, Inc ("DoNotPay"), located at 164 Townsend Street, Unit 2A, San Francisco, CA 94107, United States. By using our Service, you agree to these terms and conditions ("Terms"). Please read them carefully. Our goal is to level the playing field and make legal help accessible to the most vulnerable in society. At any time, DoNotPay may change these Terms by updating this posting, or emailing you at the email address you provided. You should visit this posting to review these Terms from time to time. In these Terms, references to DoNotPay include its parents, affiliates, directors and employees.

## Who Can Use The Service

The Service is available to anyone who is eighteen (18) years of age and older, has a valid email address, a valid credit card, and has enrolled in the Service at DoNotPay.com. We reserve the right to refuse access to the Service or cancel your account at any time for any reason.

## What We Promise

We have a direct relationship with you, our customer. As a result, we will never sell or rent your personal data. We also commit to never sell or rent anonymized user data.

## Service Guarantees

From time to time, if we detect that your purchase was not shipped in the time and manner that the merchant promised you, we may offer to correspond with the merchant on your behalf, and attempt to obtain a refund or other benefit for you. In order to receive a benefit, your purchase must meet the merchant's policy requirements. This service may not be available at all times, but if we offer it to you, it will be provided free of charge unless we notify you otherwise. If you accept our offer to provide this service, you agree that you will accept any resolution we obtain as final.

## Merchants

DoNotPay is not affiliated with the Merchants from which we seek refunds and other benefits. Merchants' policies vary widely, and some policies only provide refunds on certain items. DoNotPay does not own or control Merchants' customer satisfaction policies, which may change at any time. For convenience, we list each Merchants' policy in the Merchant section of our website, which we will update from time to time as policy changes come to our attention. For the most current version of a Merchant's policy, please refer to the Merchant's website. DoNotPay is not responsible for the Merchants' actions, interpretation, and/or application of their policies, or their failure to issue a refund or other resolution that you believe is owed. DoNotPay may change its list of eligible Merchants at any time.

## DoNotPay is Not a Law Firm

DoNotPay provides a platform for legal information and self-help. The information provided by DoNotPay along with the content on our website related to legal matters ("Legal Information") is provided for your private use and does not constitute legal advice. We do not review any information you provide us for legal accuracy or sufficiency, draw legal conclusions, provide opinions about your selection of forms, or apply the law to the facts of your situation.

If you need legal advice for a specific problem, you should consult with a licensed attorney. As DoNotPay is not a law firm, please note that any communications between you and DoNotPay may not be protected under the attorney-client privilege doctrine.

**Your DoNotPay Account and Linked Account**

When you create an account for the Service ("DoNotPay Account"), you agree that you will not use a username or email address for your DoNotPay Account or a Linked Account that belongs to someone else, impersonates someone else, violates another's intellectual property rights, or is offensive in DoNotPay' discretion. You agree to provide true, current and complete registration information about yourself, and to update this information promptly when it changes or upon our request.

You represent that your Linked Account belongs to you, and you are permitted to link to it.

You are responsible for maintaining the security of your DoNotPay Account and are responsible for all activities that occur under your DoNotPay Account and Linked Account, whether or not you authorized the activity. You will immediately notify us of any unauthorized use of your DoNotPay Account or other breach of security.

You cannot sell, transfer, or assign your DoNotPay Account to someone else without our express written consent.

**Privacy**

Our use of your DoNotPay Account, Linked Account, and all data and personal information contained therein is governed by our Privacy Policy.

## Termination of the Service

You may terminate your DoNotPay Account at any time by emailing support@donotpay.com from the email connected to your account. We may suspend your DoNotPay Account or terminate the Service if you violate any of these Terms.

## Electronic Communications

By entering into this Agreement you agree to receive text messages from us at the phone number you supplied when registering for an account and any updated phone number you associate with your account. You understand and agree that these texts may be sent using an automatic telephone dialing system or other automated technologies. These messages may include but are not limited to: operational communications concerning your account or use of our services, as well as marketing content such as information about new products and special promotions run by us or our third-party partners. Standard text messaging rates will apply. Your agreement to receive texts is not a condition of any purchase.

If you wish to opt out of text messages, reply "STOP" to any text message you received, or contact customer service at support@donotpay.com. You may continue to receive text messages while we process your request.

## Customer Service

You may contact Customer Service using the contact information on our Site. The provision of customer support is not required or guaranteed, and is provided at DoNotPay's sole discretion.

## Laws and Regulations

Your use of the Service is subject to all applicable federal, state and local laws and regulations.  Unauthorized use of the Service is prohibited, and violators can be prosecuted under federal and state laws. Virginia law and Federal law will govern the interpretation and enforcement of these Terms.

## Copyright and Trademark Information

The information contained at the Site and provided as part of the Service, including all text and images (other than certain images of third parties) and their arrangement, are copyright DoNotPay Co. DoNotPay and its logo are trademarks of DoNotPay. All other trademarks are property of DoNotPay unless otherwise designated or clearly implied herein as belonging to third parties. Except as stated in the next paragraph, nothing at the Site or in the Service shall be construed as granting by implication, estoppel, or otherwise any license or right under any patent, trademark, copyright or proprietary rights of DoNotPay or of any third party.

You are authorized by DoNotPay to use the Service as described in these Terms solely for your personal, non-commercial use. The information and materials provided through the Service may not otherwise be copied, transmitted, displayed, distributed, downloaded, licensed, modified, published, posted, reproduced, used, sold, transmitted, used to create a derivative work or otherwise used for commercial or public purposes without DoNotPay' prior written consent.

The Service materials may contain other proprietary notices and copyright information, the terms of which must be observed and followed. Certain images and information are the copyright or trademark of third parties and any use is subject to the terms and conditions of such third parties.

## Digital Millennium Copyright Act

We respond to notices of alleged copyright infringement pursuant to the Digital Millennium Copyright Act. If you believe someone is violating your copyright on our Site, you can notify us following the instructions in our Legal section.

## Limitation of Liabilities and Warranties

THE SERVICE IS PROVIDED "AS IS" WITHOUT ANY WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

The Service may include technical or typographical inaccuracies and errors. DoNotPay assumes no liability for any errors or omissions in the information contained in the Service and expressly disclaims any responsibility to update this information.

IN NO EVENT SHALL DoNotPay BE LIABLE FOR ANY PUNITIVE, SPECIAL, DIRECT, INDIRECT, EXEMPLARY OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO LOSS OF USE, DATA, OR PROFITS, WITHOUT REGARD TO THE FORM OF ANY ACTION, INCLUDING BUT NOT LIMITED TO CONTRACT AND TORT ACTIONS (INCLUDING LIBEL), ARISING OUT OF OR IN CONNECTION WITH THE USE, COPYING OR DISPLAY OF, OR THE INTERACTION OR ANY OTHER FORM OF COMMUNICATION WITH, THE SERVICE AND THE INFORMATION CONTAINED AT THE SITE (INCLUDING VIA COMPUTER VIRUSES OR ANY OTHER FORM OF SOFTWARE).

## Indemnification

You agree to indemnify, defend, and hold harmless DoNotPay from and against any and all losses and threatened losses arising from, in connection with, or based on allegations

whenever made of, any of the following: your breach of these Terms, your use of the Service, any claim that your use of the Service violates any applicable law, or any claim arising out of your negligent acts or omissions. This obligation will survive any termination of these terms or your DoNotPay Account. You will cooperate fully as reasonably required in defense of any claim identified under this section. You acknowledge that damages from improper use of the Service may be irreparable; therefore, DoNotPay is entitled to seek equitable relief in addition to all other remedies. DoNotPay reserves the right, at its own expense, to assume the exclusive defense and control of any matter subject to indemnification by you.

**Arbitration Provision**

Any dispute (any claim related to the services or terms of use or any controversy related to DoNotPay or arising out of our relationship) shall be resolved through binding individual arbitration. No dispute shall be arbitrated or litigated in any purported class or representative proceeding. Furthermore, you and DoNotPay Inc. each agree to waive the right to participate in a class action, the right to a trial by jury, and the right to litigate on a class-wide basis. The Federal Arbitration Act governs the interpretation and enforcement of this arbitration provision, which shall survive termination or expiration of these Terms.

You can opt out of arbitration if you provide written notice within 30 days following the date you first agree to these Terms and send written notice by registered mail clearly stating your desire to do so to the following address: 164 Townsend Street, Unit #2, San Francisco, CA 94107. To start an arbitration proceeding, you can do so through the American Arbitration Association (AAA), which can be found at www.adr.org. Furthermore, you must send any notices relating to arbitration to DoNotPay Inc., 164 Townsend Street, Unit #2, San Francisco, CA 94107. We will reimburse all fees or costs for disputes or claims less than $10,000, unless the Arbitrator finds your claim(s) to be frivolous.

**How the Airline/Hotel Service Works**

We provide our Service automatically by tracking customer policies and applicable laws at popular online websites. Where we see a potential savings or refund opportunity based on your purchase history, we will interact with Merchants on your behalf using your details

to attempt to get you the benefit. This process may include the automatic cancellation and repurchasing of the ticket or service. You authorize DoNotPay to act as your agent in performing the Service.

By registering for the Service, you may be required to link your personal email account, such as Google ("Linked Accounts"), to the Service.

In order to identify savings opportunities for you, we will review the contents of your Linked Accounts, including receipts, correspondence, and contact information.

## Links to Other Internet Web Sites

Some of the Web sites listed as links herein are not under the control of DoNotPay, but rather are exclusively controlled by third parties. Accordingly, DoNotPay makes no representations whatsoever concerning such Web sites. Although DoNotPay may provide a link to a third party, such a link is not an authorization, endorsement, sponsorship or affiliation by DoNotPay with respect to such Web site, its owners or its providers. DoNotPay is providing these links only as a convenience to you. DoNotPay has not tested any information, products or software found on such Web sites and therefore cannot make any representations whatsoever with respect thereto. It is up to you to take precautions to ensure that whatever you select is free of such items as viruses, worms, trojan horses and other items of a destructive nature.

IN NO EVENT WILL DoNotPay BE LIABLE TO ANY PARTY FOR ANY DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL DAMAGES FOR ANY USE OF ANY HYPERLINKED WEB SITE, INCLUDING, WITHOUT LIMITATION, ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE, EVEN IF WE ARE EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## Feedback

Any comments or materials sent to DoNotPay or posted on the Site, including feedback data, such as questions, comments, suggestions or the like regarding the content of any such documents (collectively "Feedback"), shall be deemed to be the property of DoNotPay. DoNotPay' use of the Feedback will be in compliance with our Privacy Policy, which is set forth on the Site, and applicable laws. DoNotPay shall have no additional obligations with respect to such Feedback and shall be free to reproduce, use, disclose, exhibit, display, transform, create derivative works and distribute the Feedback to others without limitation. Further, DoNotPay shall be free to use any ideas, concepts, know-how or techniques contained in such Feedback for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products incorporating such Feedback.

## Violations of Terms

DoNotPay reserves the right to seek all remedies available at law and in equity for violations of these Terms, including the right to block access from a particular Internet address to the Site. YOU AGREE TO INDEMNIFY, DEFEND AND HOLD HARMLESS DoNotPay FROM ANY LIABILITY, LOSS, CLAIM AND EXPENSE, INCLUDING ATTORNEY'S FEES, RELATED TO YOUR VIOLATION OF THESE TERMS OR YOUR USE OF THE SERVICE AND INFORMATION PROVIDED AT THE SITE.

## About These Terms

If there is any inconsistency between these Terms and any additional terms we may add, the additional terms will prevail. These terms govern the relationship between DoNotPay and you. They do not create any third-party beneficiary rights. If you do not comply with these Terms and we do not take action immediately, this does not mean we are forfeiting any rights that we may have. We may still take action in the future. If any particular term is not enforceable, this will not affect any other Terms.

**Paid Services.** DoNotPay may offer Services to be paid for on a recurring basis ("Subscription Services") or on an as-used basis ("A La Carte Services" and, together with

the Subscription Services, "Paid Services"). DoNotPay has the right to change, delete, discontinue or impose conditions on Paid Services or any feature or aspect of a Paid Service. Subscription Services may subject you to recurring fees and/or terms. By signing up for a Subscription Service, including after any free trial period, you agree to pay us the subscription fee and any applicable taxes as set forth in your DoNotPay Account settings or as otherwise agreed in writing ("Subscription Fee"). If you sign up for Subscription Services for a period ("Initial Period"), then the terms will be automatically renewed for additional periods of the same duration as the Initial Period at our then-current fee for such Subscription Services. In order to avoid automatic renewal, you must cancel your Subscription Services at least 2 calendar days (48 hours) prior to the automatic renewal date. You may cancel your account online (in account settings) or by sending an email to support@donotpay.com.

**Recouping Payments and Additional Contributions:**

**DoNotPay requires ACH bank account access or payment details for three reasons:**

1. To send you any money reclaimed from corporations and governments.

2. To process any payments made in the app, including your subscription to DoNotPay.

3. To process any external government/corporation fees to help you complete your task. For example, if you ask DoNotPay to pay your parking ticket for you, it will debit the cost of paying the parking ticket from your connected account. **DoNotPay will always secure permission in writing from you before debiting any external fees.**

We will recoup payment directly from your connected account. By using our services, you authorize us to initiate debit and credit entries to your bank account, or if you link a debit card to your account, you authorize us to charge your debit card, for all payments due to us. You agree to maintain a balance that is sufficient to fund all payments you initiate. If the balance is insufficient, you authorize us to recoup payment from your connected account over nominal increments. However, DoNotPay will attempt to avoid charging your bank account if we believe your bank account does not contain sufficient funds to cover payment.

Our failure to charge your bank account for repayment within a set amount of time does not constitute a waiver of our right to charge your account for such funds. You represent and warrant that you have the right to authorize us to charge your account for payments due to us under these Terms. You will indemnify and hold DoNotPay harmless from any claims by any other owner of the account.

DoNotPay's authorization to initiate debit and credit entries to your bank account will remain in full force and effect until you revoke your authorization. If you wish to revoke your authorization, you may do so by contacting support@DoNotPay.com at least three business days before the day a transaction is scheduled. Please note that your revocation of authorization when transactions are pending could result in delays to your receipt of funds and additional charges owed by you to DoNotPay. You are responsible for any costs or damages related to the timing of authorization revocation.

DoNotPay is not responsible for any overdraft fees, over-the-limit fees, or insufficient fund charges (including finance charges, late fees, or similar charges) that result from your failure to maintain a balance or available credit in the bank account that is sufficient to fund all payments you initiate.

In order to allow you to use certain Services, we may be required to verify your identity. You authorize us to make any inquiries we consider necessary to validate your identity. These inquiries may include asking you for further information, requiring you to provide a taxpayer identification number, requiring you to take steps to confirm ownership of your email address or financial instruments, ordering a credit report, or verifying information you provide against third party databases or through other sources. If you do not provide this information or we cannot verify your identity, we can decline to allow you to use the Services.

## Privacy Policy:

PLEASE READ THIS PRIVACY NOTICE CAREFULLY. IT SETS FORTH THE LEGALLY BINDING TERMS AND CONDITIONS FOR THE COLLECTION, SHARING, AND USE OF YOUR PERSONAL INFORMATION.

## Introduction and Overview

This Privacy Notice describes how DoNotPay, Inc. ("DoNotPay," "We," "Us" or "Our") collects, shares, and uses information about you ("You"). It applies to Your use of any online service location (e.g., website or mobile app) that posts a link to this Privacy Notice and all

features, content, and other services that We own, control, and make available through such service location (collectively, the "Service"). It does not apply to our data collection activities offline or outside of our Service (unless otherwise stated below or at the time of collection).

By using the Service, You agree to Our Terms of Service and consent to Our collection, use and disclosure practices, and other activities as described in this Privacy Notice.

## 1. Information Collection

**1.1. Information You Provide To Us.** We collect information You provide directly to Us via the Service. For example, We collect information when You use the Service, register for the Service, connect Your email or shopping accounts to the Service, take action regarding claims, update Your account or profile, subscribe to Our emails, mobile messages, or social media notifications, participate in a sweepstakes, contest, promotion, survey, or poll (each, a "Promotion"), communicate with Us via third party social media sites, contact customer support, apply for a job or otherwise communicate with Us through the Service.

The information We may collect includes Personal Information. "Personal Information" is information that can be used to identify You (whether alone or in combination), such as Your first and last name, email address, zip code, billing address, shipping address, phone number, and payment card information.

Personal Information once "de-identified" will not be subject to this Privacy Policy and we and our Service Providers (defined below) may treat it as non-Personal Information and use it without obligation to you except as prohibited by applicable law.

**1.2 Information We Automatically Collect.** We and Our service providers automatically collect certain information about You when You access or use Our Service ("Usage Information"). Usage Information may include Your IP address, device identifier, Ad ID, browser type; operating system characteristics, data regarding network connected hardware (e.g., computer or mobile device), and information about Your use of Our Service, such as the time and duration of Your visit and how You arrived at Our Service. Except to the extent required by applicable law, DoNotPay does not consider Usage Information to be Personal Information. However, Usage Information may be combined with

Your Personal Information. To the extent that We combine Usage Information with Your Personal Information, We will treat the combined information as Personal Information under this Privacy Policy.

The methods that We and Our service providers may use to automatically collect such information include:

- *Log Information:* We collect information about Your use of Our Service, such as IP address, browser type, Internet service provider, referring/exit pages, operating system, date/time stamps, and related data, and store it in log files.

- *Information Collected by Cookies and Other Tracking Technologies:* We may use cookies, web beacons (also known as "tracking pixels"), embedded scripts, in-app tracking methods, and other tracking technologies now and hereafter developed ("Tracking Technologies") to collect information about interactions with Our Service or emails, including information about Your browsing and purchasing behavior.

- *Cookies:* A cookie is a small text file that is stored on a user's device. We use both session ID cookies and tracking cookies. Session cookies make it easier for You to navigate Our Service and expire when You close Your browser. Tracking cookies help Us understand how You use the Service, and enhance Your user experience. Cookies remain on Your hard drive for an extended period of time. If You use Your browser's method of blocking or removing cookies, some features and functionalities of Our Service may not work.

- *Web Beacons* Web beacons are small graphic images, also known as "Internet tags" or "clear gifs" embedded in web pages and email messages. Web beacons may be used to count the number of visitors to Our Service, to monitor how users navigate the Service, and to count how many particular articles or links were actually viewed.

- *Embedded Scripts:* An embedded script is programming code that is designed to collect information about Your interactions with the Service. It is temporarily downloaded onto Your device from Our web server or a third party with whom We work, is active only while You are connected to the Service, and is deleted or deactivated thereafter.

We are giving you notice of the Tracking Technologies and your choices regarding them explained in Sections 6 and 7, so that Your consent to encountering them is meaningfully

informed.

**1.3. Information We Collect From Other Sources.** We may also obtain information about You from other sources and combine that with information We collect about You. To the extent We combine such third party sourced information with Personal Information We collect directly from You on the Service, We will treat the combined information as Personal Information under this Privacy Policy. We are not responsible for the accuracy of the information provided by third parties or third party practices.

## 2. How We Use The Information We Collect

We may use information about You for various purposes, including, but not limited to:

- Manage, on Your behalf as Your agent, Your online account(s), including orders, receipts, claims, and returns

- Facilitate and improve Your online experience

- Process Your registration with Our Service and verify that Your email address(es) and shopping account(s) are active and valid

- Process Your purchase history, initiate and facilitate claims on Your behalf as Your agent, and communicate with You and third parties about Your claims

- Respond to Your comments, questions and requests and provide customer service

- Send You technical notices, updates, security alerts, support and administrative messages, and, in Our discretion, changes to Our policies

- Communicate with You about products, services, offers, Promotions, coupons, newsletters, rewards and events and provide news and information We think will be of interest to You (for information about how to manage these communications, please see the Your Choices section below)

- Improve Our Service or other DoNotPay websites, marketing efforts, products and services

- Understand which areas and features of Our Service are popular, understanding campaign effectiveness, tailoring Our communications with You, and determining whether an email has been opened and links within the email have been clicked

- Personalize Your online experience and provide advertisements, content or features that match Your profile and interests

- Process and deliver Promotion entries and rewards

- Link or combine with information We get from others to help understand Your needs and provide You with better service

- Conduct research and analysis, including focus groups and surveys, on Our Service and other DoNotPay websites, products and services

- Prevent fraudulent transactions and monitor against threats

- Carry out any other purpose disclosed elsewhere in this Privacy Notice, at the time You provide Your Personal Information, or for which the information was collected

## 3. How We Share The Information We Collect

Our agents, vendors, consultants, and other service providers (collectively, "Service Providers") may receive, or be given access to Your information, without limitation, Personal Information and Usage Information, in connection with their work on Our behalf. These Service Providers are prohibited from using Your Personal Information for any purpose other than to provide this assistance

We may also share information about You with Our Service Providers as follows:

- To the maximum extent permitted by applicable law, in response to (i) subpoenas or other legal process or if in Our good faith opinion such disclosure is required or permitted by law; (ii) at the request of governmental authorities conducting an investigation

- To defend the Terms of Service or other policies applicable to Our Service

- If We believe Your actions are inconsistent with Our user agreements or policies, or to protect the rights, property, life, health, security and safety of Us or any third party

- To the maximum extent permitted by applicable law, We may also use IP addresses, mobile device identifiers or any other information We collect to identify users, and may do so in cooperation with copyright owners, Internet service providers, wireless service providers or law enforcement agencies in Our discretion. Such disclosures may be carried out without notice to You

- With Our affiliates for internal business purposes

- In connection with, or during negotiations of, any proposed or actual merger, purchase, sale (including a liquidation, realization, foreclosure or repossession), lease, amalgamation or any other type of acquisition of all or any portion of DoNotPay assets, financing, disposal, conveyance or transfer of all or a portion of Our business to another company, or in the event of our bankruptcy, reorganization, insolvency, receivership or an assignment for the benefit of creditors. You expressly agree and consent to the use and/or transfer of the foregoing information in connection with any of the above described proceedings

- For a purpose disclosed elsewhere in this Privacy Notice, or at the time You provide Your Personal Information

- With Your consent or at Your direction

Without limiting the foregoing, in Our sole discretion, We may share aggregated information which does not identify You or de-identified information about You with third parties or affiliates for any purpose.

## 4. Sweepstakes, Contests, Surveys, Polls, and Promotions

We may offer Promotions that may require registration or for You to submit Personal Information. These Promotions are strictly voluntary. If You choose to enter a Promotion, Your Personal Information may be disclosed to third parties in connection with the

administration of such Promotion, such as in connection with winner selection, prize fulfillment, and as required by law, such as on a winners list. By entering a Promotion, You are agreeing to the official rules that govern that Promotion, which may contain specific requirements of You, including, except where prohibited by law, allowing the sponsor and/or other parties to use Your name, voice and/or likeness in advertising or marketing materials. DoNotPay may offer opportunities to enter a contest or sweepstakes or other feature that We offer jointly with a third party. As a result of Your participation in such feature, Your information may be shared with the third party that is jointly offering the feature, which will be disclosed at the time Your information is collected.

## 5. Third Party Services and Social Features

The Service contains hyperlinks to websites, locations, platforms, or services operated by third parties ("Third Party Services"). These Third Party Services may use their own cookies, web beacons, and other Tracking Technologies to independently collect information about You and may solicit Personal Information from You.

Certain functionalities on the Service permit interactions that You initiate between the Service and certain Third Party Services, such as third party social networks ("Social Features"). Examples of Social Features include "liking" or "sharing" Our content and otherwise connecting Our Service to a Third Party Service. If You use Social Features, and potentially other Third Party Services, information You post or provide access to may be publicly displayed on Our Service or by the Third Party Services that You use. Similarly, if You post information on a Third Party Service that references Our Service (e.g., by using a hashtag associated with DoNotPay in a tweet or status update), Your post may be used on or in connection with Our Service. Also, both DoNotPay and the third party may have access to certain information about You and Your use of Our Service and the Third Party Service. To the extent We combine information from Third Party Services with Personal Information We collect directly from You on the Service, We will treat the combined information as Personal Information under this Privacy Policy.

The information collected and stored by the third parties remains subject to those third parties' privacy practices, including whether the third parties continue to share

information with Us, the types of information shared, and Your choices with regard to what is visible to others on Third Party Service. We are not responsible for and make no representations regarding the policies or business practices of any third parties or Third Party Services and encourage You to familiarize Yourself with and consult their privacy policies and terms of service.

## 6. Analytics Services, Advertising, and Online Tracking

We may engage and work with third parties to serve advertisements on Our behalf on the Service and/or on Third Party Services and to provide analytics services about the use of Our Service and the performance of our ads and content on Third Party Services. In addition, We may participate in online advertising networks and exchanges that display relevant advertisements to Our Service visitors, on our Service and on Third Party Services, based on their interests as reflected in their use of the Service and certain Third Party Services.

These entities may use cookies and other Tracking Technologies to automatically collect information about You and Your Activities, such as registering a unique identifier for Your device and tying that to Your online activities on and off of Our Service. We may use this information to, among other things, analyze and track data, determine the popularity of certain content, deliver advertising and content targeted to Your interests on the Service and Third Party Services, and better understand Your online activity.

Some information about Your use of the Service and certain Third Party Services may be collected across time and services and used by Us and third parties for purposes such as to associate different devices You use, and deliver relevant and targeted ads ("Interest-based ads") and/or other content to You on the Service and certain Third Party Services. In addition, We may serve ads on Third Party Services that are targeted to reach people on those services that are also identified on one or more of our databases. You may have certain choices regarding these activities as explained in the next section.

Your browser settings may allow You to automatically transmit a "Do Not Track" signal to online services You visit. Note there is no consensus among industry participants as to what site and app operators should do with regard to these signals. Accordingly, We

currently do not monitor or take action with respect to "Do Not Track" signals or other mechanisms. For more information on "Do Not Track," visit www.allaboutdnt.com.

## 7. Your Choices

**7.1. Accessing and Changing Information.** You may access, review, update, correct, or delete certain of Your online account information or close Your account by logging in to Your account or contacting Us at support@DoNotPay.com, specifying the request sought with proof of identity.  We may retain cached or archived copied information about You for a certain period of time and as required by applicable law. We may also indefinitely retain information that has been de-identified. Please note that it is not always possible to completely remove or delete all of Your information from Our databases and that residual data may remain on backup media or for other reasons.

7.2. Tracking Technologies Generally. Regular cookies may generally be disabled or removed by tools available as part of most commercial browsers, and in some instances blocked in the future by selecting certain settings. Browsers offer different functionalities and options so You may need to set them separately. Please be aware that if You disable or remove these technologies some parts of the Service may not work and that when You revisit the Service Your ability to limit browser-based Tracking Technologies is subject to Your browser settings and limitations. With respect to our mobile applications, You can stop all collection of information by uninstalling the app. Also, You may be able to exercise specific privacy choices by adjusting the permissions in Your mobile device.

## 8. Children

Our Service is not intended for nor targeted toward children under the age of thirteen (13). We do not knowingly collect personal information as defined by the U.S. Children's Privacy Protection Act ("COPPA") from children under the age of thirteen (13), and if We learn that We have collected such information, We will delete the information in accordance with COPPA. If You are a child under the age of thirteen (13), You are not permitted to use the Service and should not send any information about Yourself to Us through the Service. If

You are a parent or guardian and believe We have collected information in a manner not permitted by COPPA, please contact us at support@DoNotPay.com

## 9. Your California Privacy Rights

California Civil Code Section 1798.83 permits customers in California to request certain details about how certain types of their information are shared with third parties and, in some cases, affiliates, for those third parties' and affiliates' own direct marketing purposes. Under this law, a business must either provide California customers certain information upon request or permit California customers to opt-in to, or opt-out of, this type of sharing.

We may from time to time elect to share certain information about You collected by Us on the Service with third parties for those third parties' direct marketing purposes. If You are a California resident, You may opt-out of such future sharing by contacting Us here. Requests must include "California Privacy Rights Request" in the first line of the description and include Your name, street address, city, state, and zip code. Please note that We are only required to respond to one request per customer each year, and We are not required to respond to requests made by means other than through this email address (support@donotpay.com) or this mailing address.

## 10. International Transfer

DoNotPay is based in the United States and the information We collect is governed by United States law. If You are using the Service from outside the United States, please be aware that information collected through the Service will be transferred to, processed, stored, and used in the United States. Data protection laws in the United States may be different from those of Your country of residence. Your use of the Service or providing Us with any information therefore constitutes Your consent to the transfer to and from, processing, usage, sharing and storage of Your information, including Personal Information, in the United States as set forth in this Privacy Notice.

## 11. Data Security

We take reasonable measures to help protect information about You from loss, theft, misuse and unauthorized access, disclosure, alteration and destruction. Nevertheless, transmission via the Internet is not completely secure and DoNotPay cannot guarantee the security of Your information collected through Our Service.

## 12. Changes to this Privacy Notice

We reserve the right to change this Privacy Notice at any time. If We make changes, We will notify You by revising the date at the top of this Privacy Notice, and in some cases, providing You with additional notice (such as adding a statement to the homepage of Our Service or sending You an email notification). Any changes will be effective immediately upon the posting of the revised Privacy Notice on the Service. Your use of the Service indicates Your consent to the Privacy Notice posted at the time of use. Unless We explicitly state otherwise, Our most recently posted Privacy Notice applies to all information that DoNotPay has about You and Your account.

## 13. Contact Us

support@donotpay.com

### Want your issue solved now?



**Instantly Solve Your Problem**

Let DoNotPay solve this problem for me.



**Hassle Free**

We have helped over 300,000 people with their problems. Sit back and relax while we do the work.

**Solve my issue**

## Recent Posts

Claim Your Snuggle Rebate Online the Hassle-Free Way ›

How to Claim SMUD Rebates Online and Get Cash Back Instantly ›

The Easiest Way to Claim Your FPL Rebates Online ›

How to Claim Your Remington Rebates the Easy Way ›

How to Remove Quality Asset Recovery From Your Credit Report ›

## Categories

Frozen Crypto Funds ›

HOA Fines and Complaints ›

Fight Medical Fraud ›

Rental Car Upgrades ›

Appeal Toll Booth Tickets ›

Get Cash Back ›

Appeal Speeding Tickets ›

Photo Ninja ›

Fuel Rewards ›

Parental Leave Requests &amp; Benefits ›

Request Testing Accommodations ›

Delaware Code 220 Request ›

## About                                                                +

**Fight Spam**                                                                    +

**Protect Your Money**                                                            +

**Find Hidden Money**                                                             +

**Customer Service Issue**                                                        +

**Legal Tools**                                                                   +

**Beat Bureaucracy**                                                              +

© 2023 DoNotPay All rights reserved.