Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-JD<br><br>**DECLARATION OF KATHRYN TEWSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: July 27, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

I, Kathryn Tewson, declare as follows:

1. I am over eighteen and I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. I signed up for DoNotPay on January 22, 2023, using my personal email address.

3. I opted out of the arbitration provision by causing a written notice stating my desire to opt out to be sent via first-class mail to 164 Townsend Street, Unit #2, San Francisco, CA 94107 on January 25, 2023. At that time, the Terms of Service stated "You can opt out of arbitration if you provide written notice within 30 days following the date you first agree to these Terms and send written notice by registered mail clearly stating your desire to do so to the following address: 164 Townsend Street, Unit #2, San Francisco, CA 94107."

4. The letter was returned to me as unclaimed and unable to be forwarded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2023, in Bothell, Washington.

/s/ KATHRYN TEWSON

---

DECLARATION OF KATHRYN TEWSON.   -1-   CASE NO. 3:23-CV-01692-JD