Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-JD<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: July 27, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

# [PROPOSED] ORDER

Before the Court is Defendant's Motion to Compel Arbitration and all supporting papers. Having considered the supporting statement/declaration of the designating parties, the Court DENIES Defendant's Motion.

**IT IS SO ORDERED.**

Date: _____

                                           Hon. James Donato
                                 United States District Court Judge