1  DALE BISH, State Bar No. 235390
   ALLIE M. FELLOWS, State Bar No. 346701
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California 94304
4  Telephone:  (650) 493-9300
   Facsimile:   (866) 974-7329
5  Email:       dbish@wsgr.com
                afellows@wsgr.com
6
7  ELI B. RICHLIN, NY State Bar No. 4861357 (admitted *pro hac vice*)
   PAUL C. GROSS, NY State Bar No. 5615687 (admitted *pro hac vice*)
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
10 Telephone:   (212) 999-5800
   Facsimile:   (866) 974-7329
11 Email:       erichlin@wsgr.com
                pgross@wsgr.com
12
13 Attorneys for Defendant
   DoNotPay, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.:  3:23-cv-01692-JD<br><br>**DEFENDANT DONOTPAY, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br>Hearing Date: July 27, 2023<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

Defendant DoNotPay, Inc. ("DNP") respectfully submits this Notice of Supplemental Authority to advise this Court of a July 20, 2023 Order, issued by the Honorable Michael W. Fitzgerald of the Central District of California, in the action captioned *Sangshin Lee v. DoNotPay, Inc.*, No. 2:23-cv-02968 MWF (RAOx) (the "**Order**"). A copy of the Order is attached hereto **Exhibit A**.

The Order is highly relevant to Defendant's pending Motion to Compel Arbitration. In the *Lee* matter, as here, DNP moved to compel arbitration based on the plaintiff's having agreed to DNP's Terms and Conditions (containing an arbitration clause) through a sign-up screen. In the Order, Judge Fitzgerald addresses the sufficiency of notice of DNP's Terms and Conditions on one of the sign-up screens that is also at issue in the instant case.[1] *See* Ex. A at 6-13. In addition, Judge Fitzgerald addresses whether a user who proceeds through that screen adequately manifests assent to such Terms. *Id.* at 13-15. Judge Fitzgerald determined that the parties entered into a valid and enforceable arbitration agreement, and granted DNP's motion to compel arbitration.

Respectfully submitted,

Dated: July 21, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Dale Bish*
DALE BISH, State Bar No. 235390
ALLIE M. FELLOWS, State Bar No. 346701
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: DBish@wsgr.com
Email: afellows@wsgr.com

---

[1] *Compare* ECF No. 30 at 3 *with* Ex. A at 2.

ELI B. RICHLIN, NY State Bar No. 4861357
(admitted *pro hac vice*)
PAUL C. GROSS, NY State Bar No. 5615687
(admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: erichlin@wsgr.com
Email: pgross@wsgr.com

Attorneys for Defendant
DoNotPay, Inc.

DEF.'S NOTICE OF SUPP. AUTHORITY   -2-
CASE NO.: 3:23-cv-01692-JD