Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>    v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>      *Defendant*. | Case No.: 3:23-cv-01692-RFL<br><br>**PLAINTIFF'S RE-NOTICE OF MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Date: January 30, 2024<br>Time: 10:00 AM<br>Judge: Hon. Rita F. Lin<br>Courtroom: 15, 18th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

1  **NOTICE OF MOTION**

2  **PLEASE TAKE NOTICE** that pursuant to the Court's November 27, 2023 order,

3  Plaintiff Jonathan Faridian hereby re-notices his Motion for Leave to Conduct Jurisdictional

4  Discovery to **January 30, 2024, at 10:00 a.m.**, or as soon thereafter as this matter may be heard,

5  in the courtroom of the Honorable Rita F. Lin in Courtroom 15, 18th Floor of the above-

6  captioned Court, located at 450 Golden Gate Ave., San Francisco, CA 94102, or at 1:30 p.m. via

7  Zoom.

8  Then and there, Plaintiff will appear, through counsel, and respectfully move the Court

9  for leave to conduct jurisdictional discovery. The motion was originally filed and noticed on

10 April 17, 2023, and has been fully briefed since May 8, 2023.

Respectfully submitted,

**JONATHAN FARIDIAN**, individually and on behalf of all others similarly situated,

Dated: December 6, 2023

By: /s/ *Emily Penkowski Perez*
    One of Plaintiff's Attorneys

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

PLAINTIFF'S RE-NOTICE OF MTN. FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY    -1-    CASE NO. 3:23-CV-01692-RFL