| | |
|---|---|
| Rafey Balabanian (SBN 315962) | Dale Bish, State Bar No. 235390 |
| rbalabanian@edelson.com | dbish@wsgr.com |
| EDELSON PC | Allie M. Fellows, State Bar No. 346701 |
| 150 California Street, 18th Floor | afellows@wsgr.com |
| San Francisco, California 94111 | WILSON SONSINI GOODRICH & ROSATI |
| Tel: 415.212.9300 | PROFESSIONAL CORPORATION |
| Fax: 415.373.9435 | 650 Page Mill Road |
| | Palo Alto, California 94304 |
| Jay Edelson (*pro hac vice*) | Telephone: (650) 493-9300 |
| jedelson@edelson.com | |
| J. Eli Wade-Scott (*pro hac vice*) | Eli B. Richlin, NY State Bar No. 4861357 |
| ewadescott@edelson.com | (admitted *pro hac vice*) |
| Emily Penkowski Perez (*pro hac vice*) | erichlin@wsgr.com |
| epenkowski@edelson.com | WILSON SONSINI GOODRICH & ROSATI |
| EDELSON PC | PROFESSIONAL CORPORATION |
| 350 North LaSalle Street, 14th Floor | 1301 Avenue of the Americas, 40th Floor |
| Chicago, Illinois 60654 | New York, New York 10019 |
| Tel: 312.589.6370 | Telephone: (212) 999-5800 |
| Fax: 312.589.6378 | |
| | *Attorneys for Defendant DoNotPay, Inc.* |
| *Attorneys for Plaintiff and the Proposed Class* | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> DONOTPAY, INC., a Delaware corporation, <br><br> *Defendant*. | Case No.: 3:23-cv-01692-RFL <br><br> **STIPULATION TO CONDUCT HEARING ON MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY AND MOTION TO COMPEL ARBITRATION VIA ZOOM** <br><br> Judge: Hon. Rita F. Lin <br> Courtroom: 15, 18th Floor <br><br> Date Action Filed: March 3, 2023 <br> Date of Removal: April 7, 2023 |

Pursuant to Local Rule 7-12, the Parties stipulate and agree as follows:

1. On April 17, 2023, Plaintiff filed a Motion for Leave to Conduct Jurisdictional Discovery. (Dkt. 18.) Defendant DoNotPay, Inc. filed an opposition to the Motion on May 1, 2023. (Dkt. 31.) Plaintiff filed his reply on May 8, 2023. (Dkt. 34.)

2. On April 28, 2023, Defendant filed a Motion to Compel Arbitration. (Dkt. 30.) Plaintiff filed an opposition to this motion on May 1, 2023. (Dkt. 31.) Defendant DoNotPay, Inc. filed its reply on June 30, 2023. (Dkt. 43.)

3. The hearing on Plaintiff's motion was originally set for May 25, 2023 (Dkt. 18), rescheduled to June 22, 2023 by the Court on May 8, 2023, then vacated on June 16, 2023 (Dkt. 41). The hearing on Defendant's motion was originally set for June 8, 2023 (Dkt. 30), reset to July 27, 2023 at the joint request of the Parties (Dkt. 37), rescheduled twice to September 28, 2023, and thereafter to October 26, 2023 by the Court (Dkts. 45, 46), then vacated on October 23, 2023 finding the motion could be resolved without argument or appearance of counsel (Dkt. 47). Pursuant to the Court's November 27, 2023 order, on December 6, 2023 Plaintiff renoticed the motion to January 30, 2024. (Dkt. 51.) Pursuant to the Court's November 27, 2023 order, Defendant likewise renoticed its original Motion to Compel Arbitration on December 6, 2023 to January 30, 2024.

4. For the benefit of counsel based in other states, Plaintiff respectfully requests that the renoticed hearing on jurisdictional discovery be held via Zoom at 1:30 p.m. Defendants have no objection.

5. In the event the Court would prefer argument on Defendant's Motion to Compel Arbitration, Defendant has noticed an in person hearing at 10:00 a.m. per Honorable Rita F. Lin's standing orders, but likewise has no objection to the motion being heard held via Zoom to accommodate counsel located in other states.

### **CONCLUSION**

Plaintiff respectfully requests that the Court approve hearing the Motion to Conduct Jurisdictional Discovery and the Motion to Compel Arbitration via Zoom.

Respectfully submitted,

|   |   |   |
|---|---|---|
| | | **JONATHAN FARIDIAN**, individually and on behalf of all others similarly situated, |
| Dated: | December 6, 2023 | By: /s/ *Emily Penkowski Perez* |
| | | One of Plaintiff's Attorneys |
| | | |
| | | Rafey S. Balabanian (SBN 315962) |
| | | rbalabanian@edelson.com |
| | | EDELSON PC |
| | | 150 California Street, 18th Floor |
| | | San Francisco, California 94111 |
| | | Tel: 415.212.9300 |
| | | Fax: 415.373.9435 |
| | | |
| | | Jay Edelson (*pro hac vice*) |
| | | jedelson@edelson.com |
| | | J. Eli Wade-Scott (*pro hac vice*) |
| | | ewadescott@edelson.com |
| | | Emily Penkowski Perez (*pro hac vice*) |
| | | epenkowski@edelson.com |
| | | EDELSON PC |
| | | 350 North LaSalle Street, 14th Floor |
| | | Chicago, Illinois 60654 |
| | | Tel: 312.589.6370 |
| | | Fax: 312.589.6378 |
| | | |
| | | **DONOTPAY, INC.**, a Delaware corporation, |
| Dated: | December 6, 2023 | /s/ *Dale Bish* |
| | | |
| | | Dale Bish, State Bar No. 235390 |
| | | Allie M. Fellows, State Bar No. 346701 |
| | | WILSON SONSINI GOODRICH & ROSATI |
| | | PROFESSIONAL CORPORATION |
| | | 650 Page Mill Road |
| | | Palo Alto, California 94304 |
| | | Telephone: (650) 493-9300 |
| | | Email: dbish@wsgr.com |
| | | afellows@wsgr.com |
| | | |
| | | Eli B. Richlin, NY State Bar No. 4861357 |
| | | (admitted *pro hac vice*) |
| | | WILSON SONSINI GOODRICH & ROSATI |
| | | PROFESSIONAL CORPORATION |
| | | 1301 Avenue of the Americas, 40th Floor |
| | | New York, New York 10019 |
| | | Telephone: (212) 999-5800 |
| | | Email: erichlin@wsgr.com |

1
2     *Attorneys for Defendant DoNotPay, Inc.*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Emily Penkowski Perez, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2023, at Chicago, Illinois.

/s/ *Emily Penkowski Perez*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court orders that the hearing on the Motion for Leave to Conduct Jurisdictional Discovery and the Motion to Compel Arbitration noticed for January 30, 2024, shall be conducted at 1:30 p.m. via Zoom.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
Hon. Rita F. Lin
United States District Court Judge