UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FARIDIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>DONOTPAY, INC.,<br><br>        Defendant. | Case No. 23-cv-01692-RFL<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. Nos. 18, 30 |

The Court requests that the parties be prepared to address the following questions at the hearing on Jonathan Faridian's motion for leave to conduct jurisdictional discovery and DoNotPay, Inc.'s motion to compel arbitration, set for January 30, 2024, at 1:30 p.m. via videoconference.

1. Do Faridian's motion for jurisdictional discovery and the associated issue of the Court's subject matter jurisdiction need to be resolved before the Court can decide DoNotPay's motion to compel arbitration?

2. If the Court allows any jurisdictional discovery, then should DoNotPay's motion to compel arbitration be held in abeyance until after jurisdictional discovery is completed?

At the hearing, each side will address each question in the sequence stated above, and then at the end, the parties will have additional time to present any additional argument that they wish the Court to hear. The parties **shall not** file written responses to this Notice of Questions. If the parties intend to rely on legal authorities not cited in their briefs, they shall read those citations into the record at the hearing and email rflcrd@cand.uscourts.gov with a courtesy copy

of the list of those citations (**not** the actual cases, just the citations) immediately after the hearing.

**IT IS SO ORDERED.**

Dated: January 23, 2024

RITA F. LIN
United States District Judge