UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FARIDIAN,<br><br>        Plaintiff,<br><br>v.<br><br>DONOTPAY, INC.,<br><br>        Defendant. | Case No. 23-cv-01692-RFL<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR JURISDICTIONAL DISCOVERY AND SUPPORTING EXHIBIT SHOULD NOT BE UNSEALED**<br><br>Re: Dkt. No. 33 |

On May 8, 2023, Jonathan Faridian filed an administrative motion to consider whether another party's materials should be sealed as to DoNotPay, Inc. Faridian's reply in support of his motion for leave to conduct jurisdictional discovery and Exhibit 2 to the declaration of Emily Penkowski were provisionally filed under seal because those documents referred to or quoted other documents that DoNotPay asked Faridian to treat as confidential. Pursuant to Civil Local Rule 79-5(f)(3), DoNotPay was required to file within seven days of the motion's filing a statement and/or declaration as described in subdivision (c) of that same rule, setting forth why the reply and exhibit should remain sealed. To date, no such statement has been filed. Accordingly, DoNotPay is ordered to show cause, in writing, by **February 9, 2024,** why those documents should not be unsealed. DoNotPay's response shall comply with the requirements of Civil Local Rule 79-5(c) and this Court's Civil Standing Order. Failure to timely comply with this order will result in the unsealing of the reply and exhibit.

     **IT IS SO ORDERED.**

Dated: February 1, 2024

 

RITA F. LIN
United States District Judge

1