DALE BISH, State Bar No. 235390
ALLIE M. FELLOWS, State Bar No. 346701
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email:     dbish@wsgr.com
           afellows@wsgr.com

ELI B. RICHLIN, NY State Bar No. 4861357 (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email:     erichlin@wsgr.com

Attorneys for Defendant
DoNotPay, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:23-cv-01692-RFL<br><br>**DEFENDANT DONOTPAY, INC.'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Rita F. Lin<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

1  This submission on behalf of Defendant DoNotPay, Inc. ("DNP") responds to the Court's Order to Show Cause Why Plaintiff's Reply in Support of His Motion for Jurisdictional Discovery and Supporting Exhibit Should Not be Unsealed, entered February 1, 2024. ECF No. 59.

DNP does not move to seal the references, paraphrases, or quotations that Plaintiff included in the Reply (ECF No. 34), does not seek to seal Exhibit 2 to the Reply (ECF No. 34-3), and has no objection to their unsealing.

Respectfully submitted,

Dated: Feburary 6, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Dale Bish*
DALE BISH, State Bar No. 235390
ALLIE M. FELLOWS, State Bar No. 346701
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: DBish@wsgr.com
Email: afellows@wsgr.com

ELI B. RICHLIN, NY State Bar No. 4861357
(admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: erichlin@wsgr.com

Attorneys for Defendant
DoNotPay, Inc.