| | |
|---|---|
| Rafey Balabanian (SBN 315962) | Dale Bish, State Bar No. 235390 |
| rbalabanian@edelson.com | dbish@wsgr.com |
| EDELSON PC | Allie M. Fellows, State Bar No. 346701 |
| 150 California Street, 18th Floor | afellows@wsgr.com |
| San Francisco, California 94111 | WILSON SONSINI GOODRICH & ROSATI |
| Tel: 415.212.9300 | PROFESSIONAL CORPORATION |
| Fax: 415.373.9435 | 650 Page Mill Road |
| | Palo Alto, California 94304 |
| Jay Edelson (*pro hac vice*) | Telephone: (650) 493-9300 |
| jedelson@edelson.com | |
| J. Eli Wade-Scott (*pro hac vice*) | Eli B. Richlin, NY State Bar No. 4861357 |
| ewadescott@edelson.com | (admitted *pro hac vice*) |
| Emily Penkowski Perez (*pro hac vice*) | erichlin@wsgr.com |
| epenkowski@edelson.com | WILSON SONSINI GOODRICH & ROSATI |
| EDELSON PC | PROFESSIONAL CORPORATION |
| 350 North LaSalle Street, 14th Floor | 1301 Avenue of the Americas, 40th Floor |
| Chicago, Illinois 60654 | New York, New York 10019 |
| Tel: 312.589.6370 | Telephone: (212) 999-5800 |
| Fax: 312.589.6378 | |
| | *Attorneys for Defendant DoNotPay, Inc.* |
| *Attorneys for Plaintiff and the Proposed Class* | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br>       v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>       *Defendant*. | Case No.: 3:23-cv-01692-RFL<br><br>**JOINT CASE STATUS UPDATE**<br><br>Judge: Hon. Rita F. Lin<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

Pursuant to the Court's January 30, 2024 Order (ECF No. 56, "Order"), Plaintiff Jonathan Faridian and Defendant DoNotPay, Inc. ("DNP" or "Company") hereby jointly submit this Joint Case Status Update.

On March 3, 2023, Plaintiff filed a complaint against Defendant in California state court. *See Faridian v. DoNotPay, Inc.*, Case No. CGC-23-604987.

On April 7, 2023, Defendant timely removed this action to this Court on diversity and CAFA grounds. ECF No. 1.

On April 17, 2023, Plaintiff filed a Motion for Leave to Conduct Jurisdictional Discovery. ECF No. 18 ("Jurisdictional Motion").

On April 28, 2023, Defendant moved for an order compelling Plaintiff to arbitrate his claims pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16. ECF No. 30 ("Motion to Compel"), which the Court initially determined would be resolved on the papers. ECF No. 47.

On November 29, 2023, this case was reassigned from Judge James D. Donato to Judge Rita F. Lin (ECF No. 49) and the parties re-noticed the Jurisdictional Motion and Motion to Compel for hearing on January 30, 2024 pursuant to the Court's order. ECF No. 50.

During the January 30, 2024 hearing, the Court expressed concern that the current record did not allow the Court to determine whether it had jurisdiction to rule on the Motion to Compel and directed the parties to conduct limited jurisdictional discovery and, if necessary, to augment the record and/or that Plaintiff could move for remand. *See* ECF No. 56.

On February 16, 2024, DNP provided Plaintiff with a Declaration of Andrew Kim, DNP's Vice President of Product, to answer questions posed by Plaintiff regarding jurisdiction. *See* Ex. 1. On February 23, 2024, DNP provided a Supplemental Declaration of Andrew Kim, regarding Plaintiff's remaining questions. *See* Ex. 2. On February 26, 2024, Plaintiff's counsel responded requesting a 30(b)(6) deposition. *See* E-mails Between Counsel, Ex. 3. Defendant's counsel responded on February 28, 2024, offering Mr. Kim to sit for a limited 30(b)(6) deposition. *Id.*

Both Parties have accordingly agreed to a 30(b)(6) deposition, with the expectation that the deposition will resolve the remaining questions on jurisdictional discovery. The one remaining point of dispute between the Parties is the length of that deposition: Defendant has offered one hour, and

1  Plaintiff believes four hours of on the record time is necessary given the extent of the unanswered
2  questions. The Parties have, however, engaged in productive settlement discussions in the
3  intervening weeks and accordingly have held off on scheduling the deposition (or resolving the
4  remaining dispute as to the amount of time).
5      Plaintiff's position is that discovery to this point does not resolve questions sufficient to
6  allow this Court to assert jurisdiction. Defendant disagrees but has consented to the 30(b)(6)
7  deposition. Therefore, Plaintiff requests that the Court continue the date for status or moving for
8  remand until April 16, 2024, to allow the parties to either come to an agreement or for the deposition
9  to take place. Defendant does not oppose this request.

Respectfully submitted,

**JONATHAN FARIDIAN**, individually and on behalf of all others similarly situated,

Dated: March 29, 2024                By: */s/ Emily Penkowski Perez*

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (pro hac vice)
jedelson@edelson.com
J. Eli Wade-Scott (pro hac vice)
ewadescott@edelson.com
Emily Penkowski Perez (pro hac vice)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

| | | |
|---|---|---|
| 1 | | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | Dated: March 29, 2024 | By: */s/ Dale Bish* |
| 4 | | DALE BISH, State Bar No. 235390 |
| | | ALLIE M. FELLOWS, State Bar No. 346701 |
| 5 | | 650 Page Mill Road |
| | | Palo Alto, California 94304 |
| 6 | | Telephone: (650) 493-9300 |
| 7 | | Facsimile: (866) 974-7329 |
| | | Email: DBish@wsgr.com |
| | | Email: afellows@wsgr.com |

ELI B. RICHLIN, NY State Bar No. 4861357
(admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: erichlin@wsgr.com

*Attorneys for Defendant*
*DoNotPay, Inc.*

**SIGNATURE ATTESTATION**

I, Dale Bish, am the ECF user whose identification and password are being used to file the foregoing Joint Case Status Report and [Proposed] Order granting Defendant's Administrative Motion to Seal. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Executed this 29th day of March 2024 at Palo Alto, California.

*/s/ Dale Bish*
Dale Bish