UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO.:  3:23-cv-01692-RFL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DONOTPAY, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Judge: Hon. Rita F. Lin<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

1  Before the Court is Defendant DoNotPay, Inc.'s ("DNP" or "Company") Administrative Motion to File Under Seal ("Motion").  The applicable legal standard requires a "particularized showing" of how annoyance, embarrassment, oppression, or undue burden will result from disclosure to meet the "good cause" standard of Federal Rules of Procedure Rule 26(c) will "suffice to and warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions."  *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006); *Phillips ex rel. Estates of Byrd v. General Motors Corp*., 307 F.3d 1206, 1210 (9th Cir. 2002); *see* Fed. R. Civ. P., Rule 26(c).  There is good cause to seal portions of Exhibit 1 and the exhibits submitted therewith because they contain detailed information regarding DNP's revenue figures, financial information, and sensitive details regarding its subscribers and business.  The protection of parties' financial information and its confidential business model warrant sealing portions of Exhibit 1 as should this information be revealed, DNP would face competitive harm as competitors and possible subscribers would have unique access into DNP's private financial records and business strategy, providing insight into the Company that would otherwise be unavailable but for this litigation.

Having considered the Motion, the Court grants Defendants' request that Exhibit 1 filed in support of the Joint Case Status Update be sealed, and orders the following documents be filed under seal as follows ~~in their entirety~~.

| Document(s) | Portions of Document to be Sealed |
|---|---|
| Declaration of Andrew Kim (Exhibit 1) | 1:14 |
| | 1:21 |
| | 1:23-24 |
| | 1:26 |
| | 2:7 |
| | 2:24 |
| | 3:2-4 |
| | 3:10-12 |
| | 3:17-18 |
| | 3:20-23 |
| | 3:25-26 |
| | 4:12-13 |

~~Proposed~~ Order Granting
Defs. Admin. Mot. to Seal
Case No.:  3:23-Cv-01692-RFL

-1-

| Exhibit A to the Declaration of Andrew Kim | Entire Exhibit |
|---|---|

**IT IS SO ORDERED.**

Dated: April 3, 2024

Hon. Rita F. Lin
United States District Court Judge

[Proposed] Order Granting
Defs. Admin. Mot. to Seal
Case No.: 3:23-Cv-01692-RFL

-2-