| | |
|---|---|
| Rafey S. Balabanian (SBN 315962) | Dale Bish, State Bar No. 235390 |
| rbalabanian@edelson.com | dbish@wsgr.com |
| EDELSON PC | Allie M. Fellows, State Bar No. 346701 |
| 150 California Street, 18th Floor | afellows@wsgr.com |
| San Francisco, California 94111 | WILSON SONSINI GOODRICH & ROSATI |
| Tel: 415.212.9300 | PROFESSIONAL CORPORATION |
| Fax: 415.373.9435 | 650 Page Mill Road |
| | Palo Alto, California 94304 |
| Jay Edelson (*pro hac vice*) | Telephone: (650) 493-9300 |
| jedelson@edelson.com | |
| J. Eli Wade-Scott (*pro hac vice*) | Eli B. Richlin, NY State Bar No. 4861357 |
| ewadescott@edelson.com | (admitted *pro hac vice*) |
| Emily Penkowski Perez (*pro hac vice*) | erichlin@wsgr.com |
| epenkowski@edelson.com | WILSON SONSINI GOODRICH & ROSATI |
| EDELSON PC | PROFESSIONAL CORPORATION |
| 350 North LaSalle Street, 14th Floor | 1301 Avenue of the Americas, 40th Floor |
| Chicago, Illinois 60654 | New York, New York 10019 |
| Tel: 312.589.6370 | Telephone: (212) 999-5800 |
| Fax: 312.589.6378 | |
| | *Attorneys for Defendant DoNotPay, Inc.* |
| *Attorneys for Plaintiff and the Proposed Class* | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated, | Case No.: 3:23-cv-01692-RFL |
| | **JOINT CASE STATUS UPDATE** |
| *Plaintiff,* | |
| | Judge: Hon. Rita F. Lin |
| v. | Courtroom: 15, 18th Floor |
| DONOTPAY, INC., a Delaware corporation, | Date Action Filed: March 3, 2023 |
| | Date of Removal: April 7, 2023 |
| *Defendant.* | |

Pursuant to the Court's April 1, 2024 Order (ECF No. 68, "Order"), Plaintiff Jonathan Faridian and Defendant DoNotPay, Inc. ("DoNotPay") hereby jointly submit this Joint Case Status Update.

On March 3, 2023, Plaintiff filed a complaint against Defendant in California state court. *See Faridian v. DoNotPay, Inc.*, Case No. CGC-23-604987 (Cal. Super. Ct.).

On April 7, 2023, Defendant timely removed this action to this Court on diversity and Class Action Fairness Act grounds. ECF No. 1.

On April 17, 2023, Plaintiff filed a Motion for Leave to Conduct Jurisdictional Discovery. ECF No. 18 ("Jurisdictional Motion").

On April 28, 2023, Defendant moved for an order compelling Plaintiff to arbitrate his claims pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16. ECF No. 30 ("Motion to Compel"), which the Court initially determined would be resolved on the papers. ECF No. 47.

On November 29, 2023, this case was reassigned from Judge James D. Donato to Judge Rita F. Lin (ECF No. 49) and the Parties re-noticed the Jurisdictional Motion and Motion to Compel for hearing on January 30, 2024 pursuant to the Court's order. ECF No. 50.

During the January 30, 2024 hearing, the Court expressed concern that the current record did not allow the Court to determine whether it had jurisdiction to rule on the Motion to Compel and directed the Parties to conduct limited jurisdictional discovery and, if necessary, to augment the record and/or that Plaintiff could move for remand. *See* ECF No. 56.

Following DoNotPay's submission of declarations, the Parties have agreed to a 30(b)(6) deposition, with the expectation that the deposition will resolve the remaining questions on jurisdictional discovery. Plaintiff's position is that discovery to this point does not resolve questions sufficient to allow this Court to assert jurisdiction. Defendant disagrees but has consented to the 30(b)(6) deposition. However, due to ongoing settlement discussions, the deposition has not yet taken place.

On March 29, 2024, the Plaintiff requested, with DoNotPay's consent, that the Court continue the date for status or moving for remand due to ongoing settlement discussions. ECF No. 66. The Court granted this request on April 1, 2024. ECF No. 68.

As the Parties last reported, the Parties are engaged in settlement discussions. Those discussions are continuing, and the deposition has accordingly not taken place. The Parties expect those discussions to complete this week. Therefore, Plaintiff requests that the Court continue the date for status to May 3, 2024, to allow the Parties to either come to an agreement or for the deposition to take place. Defendant does not oppose this request.

Respectfully submitted,

**JONATHAN FARIDIAN**, individually and on behalf of all others similarly situated,

Dated: April 16, 2024         By: */s/ Emily Penkowski Perez*

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: April 16, 2024         By: */s/ Dale Bish*
DALE BISH, State Bar No. 235390
ALLIE M. FELLOWS, State Bar No. 346701
650 Page Mill Road

Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: DBish@wsgr.com
Email: afellows@wsgr.com

ELI B. RICHLIN, NY State Bar No. 4861357
(admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: erichlin@wsgr.com

*Attorneys for Defendant DoNotPay, Inc.*

**ATTESTATION OF ELECTRONIC SIGNATURE**

I, Emily Penkowski Perez, am the ECF user whose identification and password are being used to file this Joint Case Status Update. I hereby attest that, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatories representing Defendant to file the above-referenced document, and that the above signatories concur in the filing's content.

*/s/ Emily Penkowski Perez*
Emily Penkowski Perez