Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Emily Penkowski Perez (*pro hac vice*)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

Dale Bish, State Bar No. 235390
dbish@wsgr.com
Allie M. Fellows, State Bar No. 346701
afellows@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

Eli B. Richlin, NY State Bar No. 4861357
(admitted *pro hac vice*)
erichlin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

*Attorneys for Defendant DoNotPay, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-RFL<br><br>**JOINT CASE STATUS UPDATE**<br><br>Judge: Hon. Rita F. Lin<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 3, 2023<br>Date of Removal: April 7, 2023 |

The Parties submit this brief report to advise the Court of the status of their settlement negotiations. The Parties have reached a settlement in principle which they are presently finalizing. The Parties request fourteen (14 days) to finalize the settlement or, if circumstances prevent bringing the matter to a close, submit a status report advising the Court about any remaining obstacles.

                                                  Respectfully submitted,

**JONATHAN FARIDIAN**, individually and on behalf of all others similarly situated,

Dated: June 5, 2024                    By: */s/ J. Eli Wade Scott*

                                                  Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (pro hac vice)
jedelson@edelson.com
J. Eli Wade-Scott (pro hac vice)
ewadescott@edelson.com
Emily Penkowski Perez (pro hac vice)
epenkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

**DONOTPAY, INC.**

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: June 5, 2024                    By: */s/ Eli B. Richlin*
DALE BISH, State Bar No. 235390
ALLIE M. FELLOWS, State Bar No. 346701
650 Page Mill Road
Palo Alto, California 94304

Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: DBish@wsgr.com
Email: afellows@wsgr.com

ELI B. RICHLIN, NY State Bar No. 4861357
(admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: erichlin@wsgr.com

*Attorneys for Defendant
DoNotPay, Inc.*

**ATTESTATION OF ELECTRONIC SIGNATURE**

I, J. Eli Wade-Scott, am the ECF user whose identification and password are being used to file this Joint Case Status Update. I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatories representing Defendant to File the above-referenced document, and that the above signatories concur in the filing's content.

*/s/ J. Eli Wade-Scott*
J. Eli Wade-Scott