**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN FARIDIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>   *v.*<br><br>DONOTPAY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-01692-RFL<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Rita F. Lin |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, all claims by Plaintiff made in this action are hereby dismissed with prejudice, with no impact on the claims of any other member of the putative class, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date:  July 30, 2024

        Hon. Rita F. Lin
        United States District Court Judge